**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TIMOTHY D. HURICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-16 |
| | § | |
| CAPTAIN FRANCIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Timothy D. Huricks, an inmate confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Francis and Channell.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On June 2, 2026, the magistrate judge recommended denying Plaintiff's Motion for Preliminary Injunction or Temporary Restraining Order (#5). No Objections to the Report and Recommendation have been filed to date.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#5)

is **ADOPTED**.

SIGNED at Beaumont, Texas, this 24th day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE